UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOUSEF ATCHOO,

        Plaintiff,

Case No. 11-12685

Honorable John Corbett O'Meara

v.

QAR, L.L.C.,

        Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Yousef Atchoo filed a two-count complaint in this court on June 21, 2011, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*, in Count I; and Michigan's Occupational Code, Mich. Comp. Laws Ann. §§ 339.901 *et seq.*, in Count II.

Although Plaintiff's federal cause of action is cognizable in this court pursuant to 28 U.S.C. § 1331, the allegations in Count II present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claim in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts II is **DISMISSED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: July 5, 2011

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 5, 2011, using the ECF system.

                                            s/William Barkholz
                                            Case Manager